IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL LEWIS,<br>    Plaintiff,<br><br>v.<br><br>WILLIAM FORST, *et al.*,<br>    Defendants. | :<br>:<br>:<br>:   CIVIL ACTION NO. 25-CV-0777<br>:<br>:<br>: |

## ORDER

AND NOW, this 11th day of April, 2025, upon consideration of Daniel Lewis's Motion to Proceed *In Forma Pauperis* (ECF No. 4), Prisoner Trust Fund Account Statement (ECF No. 5), and *pro se* Complaint (ECF Nos. 1, 6),[1] it is **ORDERED** that:

    1.    Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

    2.    Daniel Lewis, #925966, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case. The Court directs the Warden of Curran-Fromhold Correctional Facility or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Lewis's inmate account; or (b) the average monthly balance in Lewis's inmate account for the six-month period immediately preceding the filing of this case. The Warden or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court with a reference to the docket number for this case. In each succeeding month when the amount in Lewis's inmate trust fund account exceeds $10.00, the Warden or other appropriate official shall forward payments to

---

[1] Lewis initiated this civil action by filing a "Motion for Civil Action," which was entered on the docket by the Clerk of Court as a complaint. (ECF No. 1.) Lewis subsequently filed a "Motion for General Relief" which contains additional facts in support of his claims (ECF No. 6). The Court considers both documents together as comprising the Complaint.

the Clerk of Court equaling 20% of the preceding month's income credited to Lewis's inmate account until the fees are paid. Each payment shall refer to the docket number for this case.

3.     The Clerk of Court is **DIRECTED** to send a copy of this Order to the Warden of Curran-Fromhold Correctional Facility.

4.     The Complaint is **DEEMED** filed.

5.     For the reasons stated in the Court's Memorandum, Lewis's Complaint is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim.

6.     The Clerk of Court is **DIRECTED** to **TERMINATE** the Motion for General Relief (ECF No. 6).

7.     The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**